No. 357, Misc.  PRITCHETT *v.* UNITED STATES.  Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit dismissed on motion of counsel for petitioner.  *James J. Laughlin* for petitioner.

No. 345, Misc.  HICKS *v.* JACKSON, WARDEN.  C. A. 2d Cir.  Certiorari denied.  Motion for leave to file petition for writ of habeas corpus also denied.

No. 313, Misc.  CHAPMAN *v.* LAMNECK ET AL.  Petition for writ of quo warranto dismissed on motion of petitioner.

No. 314, Misc.  EX PARTE PHILADELPHIA & NORFOLK STEAMSHIP CO. ET AL.  Motion for leave to file petition for writ of prohibition and/or mandamus denied.  *Leon T. Seawell, Jr.* and *Thomas E. Byrne, Jr.* for petitioners.

No. 331, Misc.  EX PARTE PAQUETTE.  Motion for leave to file petition for writs of mandamus and habeas corpus denied.

No. 334, Misc.  EX PARTE UNRECHT; and

No. 370, Misc.  WILLIAMS *v.* OVERHOLSER, SUPERINTENDENT.  Motions for leave to file petitions for writs of habeas corpus denied.

No. 359, Misc.  PORTER *v.* MUNICIPAL COURT OF CHICAGO, ILLINOIS.  Motion for leave to file petition for writ of mandamus denied.

No. 517.  McGEE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. *v.* EKBERG.  C. A. 9th Cir.  Certi-